UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80980-CIV-DIMITROULEAS

In re PetMed Express, Inc. Securities Litigation
_____/

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action, *In re PetMed Express, Inc. Securities Litigation*, 17-80980-CIV-DIMITROULEAS, brought before the United States District Court for the Southern District of Florida, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Lead Plaintiffs Paul Marchese and Michelle Gold, and Movant Richard S. Engle, hereby voluntarily dismiss the above-captioned action, without prejudice, as to all defendants.

Dated: January 19, 2018            Respectfully submitted,

**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
*/s/ Jayne A. Goldstein*
Jayne A. Goldstein (FL Bar ID# 144088)
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367
Email: jgoldstein@sfmslaw.com

*Liaison Counsel for Lead Plaintiffs and the Putative Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
Michael Grunfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
mgrunfeld@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Lead Counsel for Lead Plaintiffs and the Putative Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
Email: peretz@bgandg.com

*Additional counsel for Lead Plaintiffs*

**DESMOND LAW FIRM, P.C.**
Leo W. Desmond, Esq.
Florida Bar No. 0041920
5070 Highway A1A, Suite D
Vero Beach, Florida 32963
Telephone: (772) 231-9600
Facsimile: (772) 231-0300
lwd@DesmondLawFirm.com

*Liaison Counsel for Movant Richard S. Engle*

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Movant Richard S. Engle*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 19, 2018, a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice, was filed in accordance with the Court's CM/ECF Administrative Procedures. Notice of this filing will be served by e-mail to all counsel of record by operation of the Court's CM/ECF system.

*/s/ Jayne A. Goldstein*
Jayne A. Goldstein