UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-80980-CV-DIMITROULEAS

ANDREW W. LUSSON., Individually and
On Behalf of All Others Similarly Situated,

      Plaintiff,

vs.

PETMED EXPRESS, INC., MENDERES
AKDAG, and BRUCE S. ROSENBLOOM,

      Defendants.
_____/

**CASE NO. 17-81019-CV-DIMITROULEAS**

PAUL MARCHESE, Individually and on behalf
Of all others similarly situated,

      Plaintiff,

vs.

PETMED EXPRESS, INC., MENDERESE
AKDAG and BRUCE R. ROSENBLOOM,

      Defendants.
_____/

**ORDER OF DISMISSAL**

  THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal [DE 35] (the "Notice"), filed herein on January 19, 2018. The Court has carefully considered the Notice, and is otherwise fully advised in the premises.

  Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

  1. The Notice [DE 35] is hereby **APPROVED**;

2. This action is **DISMISSED without prejudice**, with each party to bear its own costs and fees except as otherwise agreed; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 19th day of January, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record